| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | KYLE R. RATLIFF |
| | Special Assistant U.S. Attorney |
| 3 | 412 TW/JA |
| | 1 South Rosamond Blvd. |
| 4 | Edwards AFB, California 93524 |
| | Phone: (661) 277-4316 / Fax: (661) 277-2887 |
| 5 | |
| 6 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Citation No. 7056827 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| SERGIO OCHOA, JR., | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 7056827 against SERGIO OCHOA, JR., without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: August 27, 2017

Respectfully Submitted,
Phillip A. Talbert
United States Attorney

By: *Kyle R. Ratliff*
Kyle R. Ratliff
Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 7056827 against SERGIO OCHOA, JR., be dismissed without prejudice, in the interest of justice.

Dated: \_\_\_\_\_August 28\_, 2017

*/s/ Jennifer L. Thurston*
HON. JENNIFER L. THURSTON
United States Magistrate Judge